UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN THOMAS PICKERING-GEORGE,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　Defendant. | 20-CV-8597 (CM)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued October 29, 2020, dismissing the complaint,

　　　　IT IS ORDERED, ADJUDGED, AND DECREED that under the August 25, 2008 order in *Pickering-George v. City of New York Bronx Cnty.*, No. 08-CV-5112 (KMW) (S.D.N.Y. Aug. 25, 2008), the complaint is dismissed without prejudice.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

　　　　SO ORDERED.

Dated:　October 29, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge